ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

     Plaintiff,

  -against-

SEBERINA MARQUEZ, Individually, and as officer, director, shareholder and/or principal of LAS REYNAS RESTAURANT INC. d/b/a LAS REYNAS RESTAURANT,

and

LAS REYNAS RESTAURANT INC. d/b/a LAS REYNAS RESTAURANT,

     Defendants.
-----------------------------------------------------------------

RULE 7.1 GENERAL RULES
SOUTHERN DISTRICT

Civil Action No. 06-cv-6528

  PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN DISTRICT OF NEW YORK and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

  There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J SPORTS PRODUCTIONS, INC.**

Dated: July 16, 2007
    Ellenville, New York

**J & J SPORTS PRODUCTIONS, INC.**

By: /s/Julie Cohen Lonstein
 JULIE COHEN LONSTEIN , ESQ.
 Attorney for Plaintiff
 Bar Roll No. JL8521
 LONSTEIN LAW OFFICE, P.C.
 Office and P.O. Address
 1 Terrace Hill : P.O. Box 351
 Ellenville, NY  12428
 Telephone:  (845) 647-8500
 Facsimile:   (845) 647-6277
 Email: Info@signallaw.com
 *Our File No. 07-4-S16*