## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV6528                                                                 Purchased/Filed: July 19, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT

---

*J & J Sports Productions, Inc. as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program*     Plaintiff

against

*Seberina Marquez, individually, and as officer, director, shareholder and/or principal of Las Reynas Restaurant Inc., et al*     Defendant

---

STATE OF NEW YORK   SS.:
COUNTY OF ALBANY

___Jessica Miller___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___August 3, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Case, Rule 7.1 and Complaint

on ___Las Reynas Restaurant, Inc.___, the Defendant in this action, by delivering to and leaving with ___Charee Hendricks___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___43___   Approx. Wt: ___175___   Approx. Ht: ___5'10"___
Color of skin: ___Black___   Hair color: ___Black___   Sex: ___F___   Other: _____

Sworn to before me on this

___7th___ day of ___August, 2007___

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4888570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0706515

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,
                Plaintiff,

V.

SEBERINA MARQUEZ, Individually, and as officer,
director, shareholder and/or principal of LAS REYNAS
RESTAURANT INC. d/b/a LAS REYNAS
RESTAURANT, and LAS REYNAS RESTAURANT
INC. d/b/a LAS REYNAS RESTAURANT,
                Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CIV 6528**
**JUDGE McMAHON**

TO: (Name and address of defendant)

LAS REYNAS RESTAURANT INC. d/b/a LAS REYNAS RESTAURANT
2178 Amsterdam Avenue
New York, New York 10032

Our File No. 07-4-S16

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

wer to the complaint which is herewith served upon you, within _____ TWENTY (20) _____ days after service of this
ns upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
ef demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
after service.

J. MICHAEL McMAHON           JUL 1 9 2007

_Marcos Quintero_           DATE

EPUTY CLERK