ECF CASE
JUDGE McMAHON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,
              Plaintiff,

    -against-

SEBERINA MARQUEZ, Individually, and as
officer, director, shareholder and/or principal of
LAS REYNAS RESTAURANT INC. d/b/a LAS
REYNAS RESTAURANT,

and

LAS REYNAS RESTAURANT INC. d/b/a LAS
REYNAS RESTAURANT,

              Defendants.
---------------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No. 06-cv-6528
HON. COLLEEN McMAHON

      The undersigned certifies that on the 20th day of August, 2007, your deponent served, via regular mail, a copy of the following:

                    Order Scheduling an Initial Pretrial Conference

upon:

Seberina Marquez
1724 Crotona Park E.
Apt. 4B
Bronx, NY 10460-4853

Las Reynas Restaurant, Inc.
2178 Amsterdam Ave.
New York, NY 10032

                    /s/ Julie Cohen Lonstein
                    Julie Cohen Lonstein, Esq.