**DISTRICT COURT OF THE UNITED STATES**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC., | Plaintiff (s) / Petitioner (s) |
| ~ vs ~ | |
| SEBERINA MARQUEZ, ET AL | Defendant (s) / Respondent (s) |

Trans. #: 20071103
Date Filed: 07/19/2007
Docket/Index #: 07 CIV 6528
Witness Fee: $0.00
File: No      Court Date:
Client Ref #: 07-4-S16
MOUNTAIN SUPPORT SERVICES, INC.
1 TERRACE HILL
ELLENVILLE NY 12428

**STATE OF NEW YORK: COUNTY OF SUFFOLK : SS:**

<u>William Morrison</u>, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on <u>August 11, 2007</u> at <u>12:40 PM</u>, at <u>1724 CROTONA PARK EAST, APT. 4B, BRONX NY 10460</u> deponent served the within <u>SUMMONS AND COMPLAINT IN A CIVIL ACTION</u> on <u>SEBERINA MARQUEZ</u> defendant therein named.

**INDIVIDUAL [X]**
By personally delivering to and leaving with said <u>SEBERINA MARQUEZ</u> a true copy thereof,
And that he knew the person so served mentioned and described in said <u>SUMMONS AND COMPLAINT IN A CIVIL ACTION</u>
Defendant was identified by self admission

**CORPORATION [ ]**
By delivering to and leaving with _____ at _____, and that he knew the person so served to be AUTHORIZED to accept service.

*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON [ ]**
By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____ the said premise being the defendants / respondents       within the state of New York.

**AFFIXING TO DOOR, ETC. [ ]**
By affixing a true copy thereof to the door of the said premises, the same being the defendant's       within the State of New York.

**MAILING [ ]**
Deponent completed service under the last two sections by depositing a true copy of the _____ in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____ to the Above Address

**PREVIOUS ATTEMPTS [ ]**
Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age <u>32</u> Approximate weight <u>135</u> Approximate height <u>5'3"</u> Sex <u>Female</u>
Color of skin <u>BROWN</u> Color of Hair <u>BLACK</u> Other _____

**[X]** Deponent spoke with Person Served   who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

_William Morrison_
William Morrison 5857531645

Sworn to before me this 08/14/2007

_Vincent J Gillis_
VINCENT J. GILLIS
Notary Public State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 29, 2011

**Professional Process Servers, LLC**
1265 Sunrise Highway, suite 107, Bay Shore NY 11706

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,
               Plaintiff.

V.

SEBERINA MARQUEZ, Individually, and as officer,
director, shareholder and/or principal of LAS REYNAS
RESTAURANT INC. d/b/a LAS REYNAS
RESTAURANT, and LAS REYNAS RESTAURANT
INC. d/b/a LAS REYNAS RESTAURANT.
               Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **07 CIV 6528**

**JUDGE McMAHON**

TO: (Name and address of defendant)

**SEBERINA MARQUEZ, Individually, and as officer, director, shareholder and/or principal of LAS REYNAS RESTAURANT INC. d/b/a LAS REYNAS RESTAURANT**
1724 Crotona Park E.
Apt. 4B
Bronx, New York 10460-4853

Our File No. 07-4-S16

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

ver to the complaint which is herewith served upon you, within _____ TWENTY (20) _____ days after service of this
ns upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
ef demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
after service.

J. MICHAEL McMAHON

DATE: JUL 1 9 2007

/s/ Marcos Quintero

EPUTY CLERK