**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____X
**J & J SPORTS PRODUCTION, INC., as**
**Broadcast License of the May 5, 2007**
**De La Hoya/Mayweather Program**

                                                                           Index No.07CV 6528

                     **Plaintiff,**                **NOTICE OF APPEARANCE**

**-against-**

**SEBERINA MARQUEZ, Individually, and**
**As officer, director, shareholder and/or**
**Principal of LAS REYNAS RESTAURANT, INC.**
**d/b/a LAS REYNAS RESTAURANT,**
**AND**
**LAST REYNAS RESTAURANT, INC., d/b/a LAS**
**REYNAS RESTAURANT**
                        Defendant(s)
_____X
**SIRS:**

       **PLEASE TAKE NOTICE**, that **Nestor Rosado, Esq.**, has been retained by the defendant, Las Reynas Restaurant, Inc. and Seberina Marquez, and I hereby demand that all papers and documents be served upon the undersigned at the address indicated below.

Dated:  August 30, 2007
      New York, New York

                                                _____
                                                **Nestor Rosado, Esq.**
                                                **55 Overlook Terrace Suite 1H**
                                                **New York, New York**
                                                **(212) 781-4808**
                                                **(212) 781-5104 (Fax)**

To:  Lonstein Law Office, P.C.
     1 Terrace Hill, P.O. Box 351
     Ellenville, New York 12428