**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____X
**J & J SPORTS PRODUCTION, INC., as**
**Broadcast License of the May 5, 2007**
**De La Hoya/Mayweather Program**

                                                    Index No.07CV 6528

              Plaintiff,             **RULE 7.1 STATEMENT**

-against-

**SEBERINA MARQUEZ, Individually, and**
**As officer, director, shareholder and/or**
**Principal of LAS REYNAS RESTAURANT, INC.**
**d/b/a LAS REYNAS RESTAURANT,**
**AND**
**LAST REYNAS RESTAURANT, INC., d/b/a LAS**
**REYNAS RESTAURANT**
                 Defendant(s)
_____X

      **PURSUANT TO RULE 7.1,** of the Local Rules of the U.S. District Court of the Southern of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held:

     There are no corporate parents, subsidiaries, or affiliates of the PLAINTIFF, LAS REYNAS RESTAURANT, INC.

Dated: August 30, 2007
New York, New York

                                             _____
                                             Law Office of Nestor Rosado, P.C.
                                             By: Nestor Rosado, Esq.
                                             55 Overlook Terrace Suite 1H
                                             New York, New York 10033
                                             (212) 781-4808